IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONNIE TIMMONS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:10-CV-0230-M |
| v. | § | |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | |
| Defendant. | § | |
| _____ | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Plaintiff filed a statement that he objected "on motion to suppress evidence." The District Court has made a *de novo* review of the Findings, Conclusions and Recommendation. If Plaintiff's statement constitutes an objection, it is overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 2nd day of March, 2010.

_____
**BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**